IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-CR-00231-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD PANYARD,

        Defendant

and

INSKEEP'S AUTO MART, INC.,

        Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, it is hereby ORDERED that the Motion To Dismiss Writ Of Garnishment is GRANTED.

The Writ of Garnishment heretofore directed to Inskeep's Auto Mart, Inc., is hereby dismissed.

ORDERED and entered this   1st   day of May, 2007.

BY THE COURT:

    s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE