UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK


MEMORANDUM

Date:          May 13, 2015

To:            Judge Lewis T. Babcock

From:          Thomas O'Malley
               Financial Administrator

Subject:       96-CR-00231-LTB-1, *USA v. Panyard, et al.*, Restitution


Richard Panyard was sentenced to pay restitution to Robert G and Karen McDonald in the amount of $45,977.94, per the attached judgment. The victim is still owed $43,895.55. Due to the fact Mr. McDonald is deceased and Karen McDonald has remarried, we have received a request to change the payee on the checks from Robert G and Karen McDonald to Karen Richard. Mrs. Richard has submitted the following documents:

- Petition to Replace or Ament Name of Restitution Payee
- State of Colorado Certificate of Death
- State of Colorado Marriage License
- Judgment
- CCAM Report

With your approval, restitution will be disbursed to:

Karen Richard
8187 N 73rd Street
Longmont, CO  80503


Approved by: _____

Lewis T. Babcock
Senior Judge, United States District Court

Date: ___5/18/15___